IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  WILLIAM AND SUSAN WATKINS                                         NO. 24-02223-JAW

**COMMUNITY BANK OF MISSISSIPPI**                                                    MOVANT

VS.

WILLIAM AND SUSAN WATKINS, DEBTORS
AND EILEEN N. SHAFFER, TRUSTEE                                              RESPONDENTS

### MOTION TO WITHDRAW MOTION TO ABANDON COLLATERAL AND LIFT STAY (DKT #13)

Community Bank of Mississippi brings this motion to withdraw its motion to abandon collateral and lift stay filed in error in this proceeding.

WHEREFORE, PREMISES CONSIDERED, Community Bank of Mississippi requests that this Court allow the withdrawal of its motion to abandon collateral and lift stay.

DATED: October 18, 2024.

                                                                            **COMMUNITY BANK OF MISSISSIPPI**

                                                                            By: ___/s/ Jeff Rawlings_____
                                                                                    Its Attorney

### CERTIFICATE OF SERVICE

I served a copy of the foregoing on October 18, 2024 by mail upon William and Susan Watkins, 1415 Brecon Drive, Jackson, MS 39211 and via the ECF notification service upon Eileen N. Shaffer, Bryant D. Guy and the Office of the U. S. Trustee.

                                                                            /s/ Jeff Rawlings_____
                                                                            Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642