United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 24-02223-JAW
William D Watkins     Chapter 7
Susan Watkins
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Oct 24, 2024     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William D Watkins, Susan Watkins, 1415 Brecon Drive, Jackson, MS 39211-5610 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

**Name**     **Email Address**

Bryant D. Guy
    on behalf of Debtor William D Watkins bdguylaw@yahoo.com

Bryant D. Guy
    on behalf of Joint Debtor Susan Watkins bdguylaw@yahoo.com

Eileen N. Shaffer
    eshaffer@eshaffer-law.com ms04@ecfcbis.com

Elizabeth Crowell Price
    on behalf of Creditor PennyMac Loan Services LLC. eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com

Jeff D. Rawlings
    on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

United States Trustee

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Oct 24, 2024 Form ID: pdf012 Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: October 24, 2024

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WILLIAM AND SUSAN WATKINS                                        NO. 24-02223-JAW

**COMMUNITY BANK OF MISSISSIPPI**                                       MOVANT

VS.

**WILLIAM AND SUSAN WATKINS, DEBTORS
AND EILEEN N. SHAFFER, TRUSTEE**                                        RESPONDENTS

### ORDER GRANTING MOTION TO WITHDRAW (Dkt 17)

This matter having come on before this Court on the motion of Community Bank of Mississippi to withdraw its motion to abandon collateral pursuant to 11 U.S.C. § 554 and to lift and terminate the automatic stay of 11 U.S.C. § 362 (Dkt 13) as it was filed in error.

IT IS ORDERED AND ADJUDGED that the motion to withdraw is granted and the motion to abandon collateral pursuant to 11 U.S.C. § 554 and to lift and terminate the automatic stay of 11 U.S.C. § 362 filed by Community Bank of Mississippi (Dkt 13) is hereby withdrawn.

##END OF ORDER##

Submitted by:

/s/Jeff Rawlings_____
Attorney for Community Bank
of Mississippi

Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642